Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bgriffith@swlaw.com
*Attorneys for Everbank Financial Corp.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMALIA P. ARCEO,<br><br>Plaintiff,<br><br>vs.<br><br>EVERBANK FINANCIAL CORP.;<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>Defendants. | Case No. 2:17-cv-00732-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br><br>**(First Request)**<br><br>Complaint filed: March 14, 2017 |

Defendant Everbank Financial Corp. ("Defendant") and Plaintiff Amalia P. Arceo ("Plaintiff" and together with Defendant, the "Parties") hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint from April 12, 2017 to May 12, 2017.

Plaintiff filed their Complaint against Defendant on March 14, 2017.

Defendant was served the Complaint on March 22, 2017.

///

///

///

///

///

4828-0015-5206

This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is so the Defendant can fully evaluate the claims in the Complaint and that the parties can potentially discuss settlement options.

Dated this 11th day of April 2017.

Dated: April 11, 2017.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
Blakeley E. Griffith (NV Bar No. 12386)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Everbank Financial Corp.*

Dated: April 11, 2017.

HAINES AND KRIEGER

By: /s/ David Krieger
David Krieger (NV Bar No. 9086)
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 967-6665
*Attorney for Plaintiff*

### ORDER

**IT IS HEREBY ORDERED** that the deadline for Defendant Everbank Financial Corp. to file an Answer or otherwise respond to Plaintiffs' Complaint shall be **May 12, 2017**.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

DATED: April 13, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

4828-0015-5206

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 11th day of April 2017.

*/s/ Mary Full*
An Employee of Snell & Wilmer L.L.P.

4828-0015-5206